CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
ccvaughan@sbcglobal.net
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Attorney for Defendants
Efstratios G. Vourakis and Shahnaz Akhtar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

EFSTRATIOS G. VOURAKIS, Trustee of the Mary Vouros Revocable Trust of 2006; SHAHNAZ AKHTAR; and Does 1-10,

Defendants,

Case: 2:16-CV-00393-JAM-DB

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 03, 2016 CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: November 03, 2016 VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughsn
Cris C. Vaughan
Attorney for Defendants
Efstratios G. Vourakis and
Shahnaz Akhtar

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Efstratios G. Vourakis, Trustee of the Mary Vouros Revocable Trust and Shahnaz Akhtar, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: November 03, 2016 CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff